NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROBERT GRAZIANO, DOC #Y28272, )
                                )
            Appellant,          )
                                )
v.                              )        Case No. 2D16-4597
                                )
STATE OF FLORIDA,               )
                                )
            Appellee.           )
_____ )

Opinion filed May 9, 2018.

Appeal from the Circuit Court for Lee
County; Bruce E. Kyle, Judge.

Howard L. Dimmig, II, Public Defender,
and Julius J. Aulisio, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Linsey Sims-
Bohnenstiehl, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.


        Affirmed.


LaROSE, C.J., and BLACK and BADALAMENTI, JJ., Concur.